IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GAVIN GORYL and RAUL LABARDINI, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-07-2079 |
| TIDAL SOFTWARE, INC. and FLINT BRENTON, | § § § § | |
| Defendants. | § | |

## AMENDED FINAL JUDGMENT

Final Judgment is hereby entered in this action under Rule 68 of the Federal Rules of Civil Procedure and pursuant to Defendants' filed Offers of Judgment to Plaintiffs and Plaintiffs' Notices of Acceptance as follows:

- Plaintiff Galvin Goryl is awarded the sum of $130,000.00 from defendants Tidal Software, Inc. and Flint Brenton; and

- Plaintiff Raul Labardini is awarded the sum of $70,000.00 from defendants Tidal Software, Inc. and Flint Brenton.

Each party will bear its own costs.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 15th day of February, 2008.

SIM LAKE
UNITED STATES DISTRICT JUDGE